IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AJANG AROP, | ) | |
| | ) | |
| Petitioner, | ) | 4:16CV3131 |
| | ) | |
| V. | ) | |
| | ) | |
| US MARSHALL, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court has conducted an initial review of Petitioner Ajang Arop's Petition for Writ of Habeas Corpus (Filing No. 1) to determine whether his claims are potentially cognizable in federal court. Here, Petitioner has submitted a 1 page document that does not adequately set forth Petitioner's grounds for relief. Because the petition is insufficient, the court will not act upon it. However, on the court's own motion, Petitioner will have 30 days in which to file an amended petition for writ of habeas corpus.

IT IS THEREFORE ORDERED

1. Petitioner is directed to file an amended petition for writ of habeas corpus by November 16, 2016. To avoid confusion, any document Petitioner sends to the clerk of the court for filing in this case must clearly display the case number. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send Petitioner the Form AO241 (Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254) and the Form AO242 (Petition for a Writ of Habeas Corpus Under 28 U.S.C. §

2241).

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: November 16, 2016: Check for amended petition.

DATED this 17th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge