IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AJANG AROP, ) ) Petitioner, ) ) V. ) ) US MARSHALL, ) ) Respondent. ) ) | 4:16CV3131 <br><br> **MEMORANDUM AND ORDER** |

On October 17, 2016, the court ordered Plaintiff to file an amended habeas petition by November 16, 2016 or face dismissal of this action. (Filing No. 7.) To date, Plaintiff has not filed an amended petition or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 19th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge